IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNIVERSAL SAFETY RESPONSE, INC., ) ) ) Plaintiff, ) ) v. ) ) GOVERNMENT TECHNICAL ) SERVICES, LLC, a Nevada ) Limited Liability Company, ) et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:11cv122-MHT (WO) |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 41), it is the ORDER, JUDGMENT, and DECREE of the court that defendant ServisFirst Bank and the claims against it are dismissed without prejudice, with the parties to bear their own costs and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case still remains pending as to the other defendants.**

**DONE, this the 7th day of April, 2011.**

                         /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**