IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SMITH & WESSON SECURITY SOLUTIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:11cv122-MHT (WO) |
| GOVERNMENT TECHNICAL SERVICES, LLC, a Nevada Limited Liability Company, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion for dismissal without prejudice (doc. no. 74) is granted and that this cause is dismissed in its entirety without prejudice as to each and every claim and counterclaim of this litigation, with the parties to bear their own attorney fees and costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of September, 2011.


                          /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE